UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BLAKE JONES,

    Plaintiff,

v.

                                       Case No. 25-cv-10938
                                       Hon. Matthew F. Leitman

OAKLAND COUNTY
SHERIFF'S OFFICE,

    Defendant.
_____/

## ORDER DISMISSING PLAINTIFF'S
## COMPLAINT (ECF No. 1) WITHOUT PREJUDICE

On April 1, 2025, Plaintiff Blake Jones filed this *pro se* civil-rights action against Defendant Oakland County Sheriff's Office. (*See* Compl., ECF No. 1.)  At the time he filed his Complaint, Jones neither paid the required filing fee nor filed a request to proceed *in forma pauperis* in this action.  Accordingly, on April 2, 2025, the Court directed Jones to either pay the fee or complete an application to proceed *in forma pauperis* by no later than April 16, 2025. (*See* Notice, ECF No. 2.)  The Court warned Jones that "[i]f the filing fee [was] not received by the Clerk's Office or if an application to proceed *in forma pauperis* [was] not filed [by April 16, 2025], this case may be dismissed." (*Id.*, PageID.12.)

Jones has still not paid the required filing fee.  Nor has he filed an application to proceed *in forma pauperis* or asked the Court for additional time to respond to the

1

April 2, 2025, notice. Thus, because Jones has failed to pay the filing fee or request *in forma pauperis* status, the Court **DISMISSES** his Complaint (ECF No. 1) **WITHOUT PREJUDICE**.

 **IT IS SO ORDERED**.

              s/Matthew F. Leitman
              MATTHEW F. LEITMAN
              UNITED STATES DISTRICT JUDGE

Dated: June 5, 2025

 I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 5, 2025, by electronic means and/or ordinary mail.

              s/Holly A. Ryan
              Case Manager
              (313) 234-5126