UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BLAKE JONES,

    Plaintiff,

v.

Case No. 25-cv-10938
Hon. Matthew F. Leitman

OAKLAND COUNTY
SHERIFF'S OFFICE,

    Defendant.

_____/

## JUDGMENT

In accordance with the order entered on this day,

**IT IS ORDERED AND ADJUDGED** that Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**.

    KINIKIA ESSIX
    CLERK OF COURT

By:    s/Holly A. Ryan
       Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated:  June 5, 2025
Detroit, Michigan